*Messrs. Quinton Paredes, Felipe Bueneamino, Jr., Oscar Sutro*, and *Louis Titus* for petitioner. *Messrs. Wm. Cattron Rigby, Edward A. Kreger*, and *John A. Hull* for respondent.

No. 335. COMPANIA GENERAL DE TABACOS DE FILIPINAS *v.* COLLECTOR OF INTERNAL REVENUE. October 22, 1928. Petition for writ of certiorari to the Supreme Court of the Philippine Islands granted. *Messrs. Clyde A. DeWitt, E. Arthur Perkins, F. W. Clements*, and *Lawrence H. Cake* for petitioner. *Messrs. Wm. Cattron Rigby, Edward A. Kreger*, and *John A. Hull* for respondent.

No. 347. RIEHLE, RECEIVER, *v.* MARGOLIES. October 22, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Harry F. White* and *F. Wright Moxley* for petitioner. *Mr. Nathan Burkan* for respondent.

No. 361. GOKHALE *v.* UNITED STATES. October 22, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Meyer Kraushaar* and *Emanuel Celler* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring*, and *Mr. Harry S. Ridgely* for the United States.

No. 363. FEDERAL TRADE COMMISSION *v.* KLESNER ET AL. October 22, 1928. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Solicitor General Mitchell* and *Mr. Robert E. Healy* for petitioner. *Messrs. Alfred Klesner* and *Clarence R. Ahalt* for respondents.